Richard W. Suh
LEGAL HELPERS, P.C.
428 J Street, Suite 280
Sacramento, CA 95814
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: rsu@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Scott Bowcock,<br><br>    Plaintiff,<br><br>v.<br><br>Pentagroup Financial, LLC,<br><br>    Defendant. | Case No. 2:09-cv-03507-GEB-GGH<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 20 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard W. Suh*
Richard W. Suh
428 J Street, Suite 280
Sacramento, CA 95814
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: rsu@legalhelpers.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*