IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOWCOCK, ) | |
| ) | 2:09-cv-03507-GEB-GGH |
| Plaintiff, ) | |
| ) | ORDER RE: SETTLEMENT |
| v. ) | AND DISPOSITION |
| ) | |
| PENTAGROUP FINANCIAL, LLC, ) | |
| ) | |
| Defendant. ) | |

       On March 29, 2010, Plaintiff filed a Notice of Settlement in which Plaintiff states "the parties in the above-captioned matter reached a settlement" and he "anticipates filing a Notice of Dismissal with Prejudice in 20 days." Therefore, a dispositional document shall be filed no later than April 19, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

       The status conference scheduled for April 12, 2010, is continued to commence at 9:00 a.m. on June 14, 2010, in the event no dispositional document is filed, or this action is not otherwise

1

dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  March 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).