Richard J. Meier, Esq., *pro hac vice pending*
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*

Amy Maclear
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 1.415.986.5900
Fax: 1.415.262.3763
amaclear@gordonrees.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| Scott Bowcock, | Case No. 2:09-cv-03507-GEB-GGH |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Pentagroup Financial, LLC, | |
| Defendant. | |

Plaintiff, now, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses the present action with prejudice.  Neither party shall be entitled to recover any further costs or attorneys' fees in this matter.

Respectfully submitted,

*/s/ Richard J. Meier*                                                      */s/ Amy Maclear*
Attorney for Plaintiff                                                         Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Amy Maclear*